# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.    Case No. 07-CR-181

**ARNITA COUCH, et. al.,**

    **Defendants.**

## ORDER

On October 15, 2007, Arnita Couch ("Couch") filed a motion to suppress statements, (Docket No. 97), in addition to two other pretrial motions, (Docket Nos. 95, 96). From her motion to suppress statements, it appears that an evidentiary hearing is necessary to resolve this motion. The court is provided with absolutely no factual basis upon which to resolve Couch's motion. However, Couch does not request a hearing and has failed to comply with Criminal L.R. 12.3. Therefore, **within three days of this order**, Couch shall either resubmit her motion in compliance with Criminal L.R. 12.3 or file a letter wherein she explicitly states that she is not requesting an evidentiary hearing.

SO ORDERED.

Dated at Milwaukee, Wisconsin this <u>17th</u> day of October, 2007.

    s/AARON E. GOODSTEIN
    U.S. Magistrate Judge